No. 988, Misc.   TAYLOR *v.* WALKER, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 1110, Misc.   HUTCHINS *v.* DUNBAR, CORRECTIONS DIRECTOR.   C. A. 9th Cir.   Certiorari denied.

No. 305.   DERFUS *v.* CALIFORNIA, *ante,* p. 955;

No. 343.   CUDIA ET AL. *v.* UNITED STATES, *ante,* p. 955;

No. 520.   WILSON *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 108;

No. 534.   BATTAGLIA *v.* UNITED STATES, *ante,* p. 955;

No. 607.   ANDREWS *v.* UNITED STATES, *ante,* p. 956;

No. 703.   POSTELL ET AL. *v.* UNITED STATES, *ante,* p. 956;

No. 706.   ANDREWS ET AL. *v.* UNITED STATES, *ante,* p. 956;

No. 707.   OWENS ET AL. *v.* UNITED STATES, *ante,* p. 956;

No. 621.   HILL *v.* UNITED STATES ET AL., *ante,* p. 956; and

No. 211, Misc.   SYVERSON *v.* UNITED STATES, *ante,* p. 961.   Petitions for rehearing denied.

JANUARY 26, 1966.

No. 411.   MARSH, SECRETARY OF STATE OF NEBRASKA, ET AL. *v.* DWORAK ET AL.   Appeal from D. C. Neb.   Appeal dismissed pursuant to Rule 60 of the Rules of this Court.   *Clarence A. H. Meyer,* Attorney General of Nebraska, *Richard H. Williams,* Assistant Attorney General, and *Robert A. Nelson,* Special Assistant Attorney General, for appellants.   *August Ross* and *Robert E. O'Connor* for appellees.